IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERNEST ARCHIE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                       CASE NO. 1D16-0413

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed July 13, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Ernest Archie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the June 6, 2014, judgment and sentence in Escambia County Circuit Court case number 2013 CF 002108 A. Upon issuance of mandate in this cause, a

copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

LEWIS, WINOKUR, and JAY, JJ., CONCUR.